ORIGINAL

ECF

RECEIVED & FILED
JUL - 1 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

American Telecom Corporation
P.O. Box 21742
Charleston, SC 29403

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Robert J. Symon

Firm Name: Spriggs & Hollingsworth

03-1627C

Post Office Box:

Street Address: 1350 I Street, NW, 9th Floor

City-State-Zip: Washington, DC 20005

Telephone & Facsimile Numbers: 202-898-5800; 202-682-1639

E-mail address: rsymon@spriggs.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 100

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

---

---

Government Agency Involved: DOJ

**See attached Sheet for three digit code.**

Amount Claimed: $1,618,538.23, plus interest

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** ______________________

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003