# In the United States Court of Federal Claims

No. 03-1627 C

(Filed: July 9, 2003)

AMERICAN TELECOM CORPORATION

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Certificate of Interest. Each non-governmental party or amicus shall file with the Clerk of the Court and shall serve in accordance with RCFC 5 the Certificate of Interest in the form attached within ten days of the date of this order. If any change in the information provided in the Certificate of Interest occurs while this case is pending in this court, the party or amicus shall serve and file an amended Certificate of Interest within seven days after the change occurs.

IT IS SO ORDERED.

s/ Judge Emily C. Hewitt
EMILY C. HEWITT
Judge

# In the United States Court of Federal Claims

**Certificate of Interest**

**__________________, Plaintiff v. The United States, Defendant**

**No. _______________** **Judge Emily C. Hewitt**

Counsel for the [plaintiff] [intervenor] [amicus], [name of plaintiff, intervenor or amicus], ___________________________, certifies the following (use "None" if applicable; use extra sheets if necessary):

(1) The full name of every party or amicus represented by me is:

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

(2) The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

(3) The parent companies, subsidiaries, and affiliates that have issued shares to the public of the party or amicus represented by me are:

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

(4) The names of all law firms and the partners or associates who have appeared for the party or amicus represented by me or who are expected to appear in this proceeding are:

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

__________________________ /s/___________________________
Date

[Printed name]
Counsel for [plaintiff, intervenor or amicus]