# In the United States Court of Federal Claims

No. 03-1627 C

(Filed: July 23, 2003)

| | |
|---|---|
| AMERICAN TELECOM CORPORATION | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is plaintiff's Certificate of Interest. The Certificate of Interest was not filed due to a deficiency. This case was designated as an electronic case by the court on July 1, 2003. See Notice of Designation (Notice) filed on July 1, 2003. The Notice alerted parties that "[a]ll documents in this case are to be filed electronically." See Notice. The Notice gave instructions to parties detailing how to file documents electronically, and General Order No. 42 further explains how parties take part in this system. See General Order No. 2003-42. Finally, the court's order of July 9, 2003, requesting the Certificate of Interest was filed electronically and the form of the certificate was provided to plaintiff electronically. Despite this, plaintiff filed a paper copy of the certificate instead of an electronic one. The Clerk of the Court is directed to return the Certificate of Interest to plaintiff so this deficiency can be corrected. Plaintiff shall file a Certificate of Interest electronically no later than Friday, August 1, 2003. The parties are reminded to comply with the Rules of the court in all future filings.

IT IS SO ORDERED.

s/ Judge Emily C. Hewitt
EMILY C. HEWITT
Judge