# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **AMERICAN TELECOM CORPORATION,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | No. 03-1627 C<br>Judge Emily C. Hewitt |

## CERTIFICATE OF INTEREST

Counsel for the Plaintiff, American Telecom Corporation, certifies the following:

1) The full name of every party or amicus represented by me is American Telecom Corporation.

2) The name of the real party in interest represented by me is American Telecom Corporation.

3) The parent companies, subsidiaries, and affiliates that have issued shares to the public of the party or amicus represented by me are: None.

4) The names of all law firms and the partners or associates who have appeared for the party or amicus represented by me or who are expected to appear in this proceeding are:

Present counsel: Robert J. Symon
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, D.C. 20005

Dated: August 5, 2003

/s/ ________________________________
Robert J. Symon
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, D.C. 20005
(202) 898-5800

Counsel of Record for Plaintiff
AMERICAN TELECOM CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of August 2003, a true and accurate copy of Plaintiff's Certificate of Interest has been served electronically, to:

James Meister
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

/s/________________________
Robert J. Symon