**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AMERICAN TELECOM CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**THE UNITED STATES,**<br><br>Defendant. | No. 03-1627 C<br>Judge Emily C. Hewitt |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE CERTIFICATE OF INTEREST**

COMES NOW Plaintiff American Telecom Corporation on agreement with counsel for the Defendant, and hereby moves for an extension of time, up to and including August 11, 2003, to file its certificate of interest electronically and in the alternative, Plaintiff moves to file its certificate of interest with the Court in paper form and states as follows:

1. On or about July 1, 2003, Plaintiff filed its Complaint.

2. Pursuant to the Court's order dated July 9, 2003, Plaintiff attempted to file its certificate of interest in paper form with the Court on or about July 16, 2003.

3. On or about July 23, 2003, the Court issued an order stating that Plaintiff shall file the certificate of interest with the Court electronically on or before August 1, 2003.

4. The undersigned is out of the office up to and including August 4, 2003 and does not have an active electronic filing account with the Court of Federal Claims. Therefore, Plaintiff requests an extension of time up to and including August 11, 2003 for Plaintiff's counsel to register, pass the on-line certification test to receive a CM/ECF account, and file the

certificate of interest electronically. In the alternative, Plaintiff respectfully requests the Court to grant Plaintiff leave to file the certificate of interest in paper form.

5. Defendant's counsel has authorized undersigned counsel to represent to the Court that Defendant consents to the relief sought in this motion, as set forth in the attached proposed order.

WHEREFORE, Plaintiff American Telecom Corporation hereby moves, on agreement with counsel for Plaintiff, for an extension of time, up to and including August 11, 2003, to file its certificate of interest electronically.

July 30, 2003

Respectfully submitted,

/s/________________________

Robert J. Symon
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, D.C. 20005
(202) 898-5800

Attorney for Plaintiff
AMERICAN TELECOM CORPORATION

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August 2003, I served a true copy of the foregoing Consent Motion for Extension of Time to File Certificate of Interest, upon the following party by electronic filing:

James M. Meister
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530
Fax: (202) 307-0972

/s/____________________________
Robert J. Symon