**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **AMERICAN TELECOM CORPORATION,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES,**<br>Defendant. | No. 03-1627 C<br>Judge Emily C. Hewitt |

**ORDER**

THIS MATTER CAME BEFORE THE COURT upon Plaintiff's Consent Motion for Extension of Time to File Certificate of Interest in the above-captioned case.

UPON CONSIDERATION of the merits of said motion and consent of the Defendant; it is hereby

ADJUDGED, ORDERED and DECREED that Plaintiff's Consent Motion for Extension of Time to File Certificate of Interest is GRANTED; and

IT IS FURTHER ORDERED that Plaintiff shall have up to and including August 11, 2003 to file its certificate of interest electronically.

IT IS SO ORDERED.

The Honorable Emily C. Hewitt