# In the United States Court of Federal Claims

No. 03-1627 C

(Filed: August 7, 2003)

AMERICAN TELECOM CORPORATION

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is plaintiff's Certificate of Interest. This Certificate contained a deficiency. General Order No. 2003-42 IV.14 states that "[e]lectronically filed documents shall include a signature block in compliance with RCFC 11(a). In addition, the name of the Filing User under whose log-in and password the document is submitted shall be preceded by an "s/" and be typed in the space where the signature would otherwise appear." While there is a signature block and an "s/" on the Certificate, the typed name of the filer is not present. Despite this deficiency, the court accepts the filing of plaintiff's Certificate of Interest. The parties are reminded to comply with the Rules of the court in all future filings.

IT IS SO ORDERED.

s/ Judge Emily C. Hewitt
EMILY C. HEWITT
Judge