# In the United States Court of Federal Claims

No. 03-1627 C

(E-Filed: September 17, 2003)

AMERICAN TELECOM CORPORATION

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is defendant's Motion for Partial Dismissal, filed electronically on September 15, 2003. This motion appears to be untimely, as plaintiff's Complaint was filed on July 1, 2003. R.C.F.C. 12(a)(1). Defendant is granted leave to file a Motion to Enlarge, on or before September 24, 2003, to show that the September 15, 2003 filing was the result of excusable neglect, R.C.F.C. 6(b)(2), or was otherwise timely. Plaintiff's response is stayed until further order of court.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge