IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN TELECOM CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1627C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO THE COURT'S ORDER DATED SEPTEMBER 17, 2003 AND MOTION ENLARGEMENT OF TIME TO FILE DEFENDANT'S MOTION FOR PARTIAL DISMISSAL

Pursuant to the Court's Order dated September 17, 2003, defendant, the United States, respectfully provides the following response, setting forth the reasons why defendant's Motion for Partial Dismissal was filed on September 15. Further, for the reasons set forth below, and pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests, out of time, an enlargement of the original time for filing a response to plaintiff's complaint, of up to and including September 15, 2003.

Defendant's response to plaintiff's complaint was initially due on September 2, 2003. During the week of August 25, 2003, counsel for defendant contacted counsel for plaintiff and obtained plaintiff's consent to a two-week enlargement of time, up to and including September 16, 2003, to file defendant's response to plaintiff's complaint. Counsel for defendant prepared an unopposed motion requesting the Court grant defendant this enlargement of time, however, through technical error or inadvertence, counsel for defendant did not successfully complete execution of the electronic filing with the Court of this motion for enlargement of time prior to September 2. Counsel for defendant first noticed this error when reviewing the Court's electronic

docket sheet shortly after filing defendant's motion for partial dismissal on September 15, 2003. Solely because of the error in completing execution of the electronic filing of defendant's unopposed motion for enlargement of time, defendant's response – its motion for partial dismissal – is technically out of time and would otherwise be timely. A true and accurate copy of that unfiled motion for enlargement of time (which sets forth defendant's reasons for seeking that two-week enlargement of time) is attached hereto as Exhibit A.

Defendant now requests this Court to enlarge the time for defendant to file its response to plaintiff's complaint for a period of two weeks, up to and including September 15, 2003, and, therefore, accept defendant's motion for partial dismissal as defendant's timely response to plaintiff's complaint. Plaintiff, through counsel, has been contacted by telephone regarding this request for leave. Plaintiff has indicated that it does not consent to defendant's present motion for enlarging the time for defendant to file its motion for partial dismissal. Plaintiff now claims that it only previously consented to an extension for filing an "answer" and not a "response" in the form of a RCFC 12(b) motion.[1]

For the foregoing reasons, defendant respectfully requests that the Court grant defendant's present motion for enlargement of the time for defendant to file its response to plaintiff's complaint for a period of 2 weeks, up to and including September 15, 2003, and, therefore,

---

[1] In addition to the two weeks requested in our unfiled motion, we have requested the Court to permit us to file a further response to the complaint 20 days from the date this Court rules upon the motion for partial dismissal. See Mot. for Partial Dismissal, p1.n.1. We ask that the Court treat that request as a motion to suspend our obligation to answer the complaint. See RCFC 12(a)(2)(A) (obligation to file an answer is suspended after ruling on Rule 12 motion to dismiss filed by that party); see also Finnegan v. University of Rochester Med. Ctr., 180 F.R.D. 247, 249-50 (W.D.N.Y. 1998); Oil Express Nat'l, Inc., v. D'Alessandro, 173 F.R.D. 219, 220-21 (N.D. Ill. 1997).

accept defendant's motion for partial dismissal as defendant's timely response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/James M. Meister
JAMES M. MEISTER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 305-3079
Fax: (202) 307-0972

Date: September 23, 2003

OF COUNSEL:
HUGO TEUFEL, ESQ.
Associate Solicitor
Office of the Solicitor
Department of the Interior

JEANNE A. ANDERSON, ESQ.
Attorney Advisor
Office of the Solicitor
Department of the Interior

CERTIFICATE OF FILING

I hereby certify that on this 23rd day of September, 2003, a copy of the foregoing DEFENDANT'S RESPONSE TO THE COURT'S ORDER DATED SEPTEMBER 17, 2003 AND MOTION ENLARGEMENT OF TIME TO FILE DEFENDANT'S MOTION FOR PARTIAL DISMISSAL was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James M. Meister