# EXHIBIT A

[TO DEFENDANT'S RESPONSE TO THE COURT'S ORDER DATED SEPTEMBER 17, 2003 AND MOTION ENLARGEMENT OF TIME TO FILE DEFENDANT'S MOTION FOR PARTIAL DISMISSAL]

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN TELECOM CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1627C |
| | ) | ( Judge Hewitt ) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 14-day enlargement of time, to and including September 16, 2003, within which to file its response to the complaint. Our response is currently due on September 2, 2003. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by telephone regarding this request and does not oppose.

The enlargement is requested because counsel for defendant requires additional time in order to adequately review the facts and legal issues underlying plaintiffs' claims and prepare its responsive pleading thereto. Defendant received a litigation file and report from the Office of the Solicitor of the U.S. Department of the Interior on approximately August 18, 2003. Preparation of defendant's responsive pleading will require adequate time to review the litigation file and report and to prepare the response. However, counsel for defendant has been required to allocate virtually all of his recent time to investigating and defending the United States in a bid protest action, Great Lakes Dredge & Dock Co. v. United States, No. 03-1891C (filed August 11, 2003) (J. Sypolt). Counsel for defendant expects that he will be able to devote sufficient time to

preparation of the responsive pleading in this action during September and to file it by September 16, 2003.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/James M. Meister
JAMES M. MEISTER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 305-3079

OF COUNSEL:

HUGO TEUFEL, ESQ.
Associate Solicitor
Branch of Acquisitions and Intellectual Property
Department of the Interior

Date: August 29, 2003

CERTIFICATE OF FILING

I hereby certify that on this 29th day of August, 2003, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James M. Meister