# In the United States Court of Federal Claims

No. 03-1627 C

(E-Filed: September 29, 2003)

| | |
|---|---|
| AMERICAN TELECOM CORPORATION | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Response to the Court's Order Dated September 17, 2003 and Motion [for] Enlargement of Time to File Defendant's Motion for Partial Dismissal, filed electronically on September 23, 2003. This document was electronically docketed by defendant under the event menu category "Response"; however, the court treats this document as if it had been filed under the event menu category "Motion for Extension of Time to File Document/Motion." Defendant states in its motion that a timely Defendant's Unopposed Motion for Enlargement of Time was prepared and that "through technical error or inadvertence" a timely electronic filing did not occur. Given these circumstances, defendant's motion for extension of time is GRANTED. The court's Order of September 17, 2003 is AMENDED to accept the filing of Defendant's Motion for Partial Dismissal and to lift the stay of plaintiff's response. The Clerk shall set the deadline for plaintiff's response to Defendant's Motion for Partial Dismissal, appearing as Document No. 10 on the docket of this case, as if that motion had been filed on this date, September 29, 2003.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge