**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **AMERICAN TELECOM CORPORATION,** Plaintiff, | ) | |
| v. | ) | No. 03-1627 C<br>Judge Emily C. Hewitt |
| **THE UNITED STATES,** Defendant. | ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion For Partial Dismissal and Plaintiff's Opposition thereto; it is hereby

ADJUDGED, ORDERED and DECREED that Defendant's Motion for Partial Dismissal is DENIED.

IT IS SO ORDERED.

The Honorable Emily C. Hewitt

Copies to:

James M. Meister
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

Robert J. Symon
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, D.C. 20005