# In the United States Court of Federal Claims

No. 03-1627 C

(E-Filed: October 28, 2003)

| | |
|---|---|
| AMERICAN TELECOM CORPORATION | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it an electronic document titled American Telecom Corporation's Memorandum in Support of its Opposition to Defendant's Motion for Partial Dismissal and attached proposed order, submitted October 27, 2003. The court reminds the parties that filings must comply with RCFC 11 and 83.1(c)(2), and that electronic signatures read "s/ Jane Doe" above the attorney of record's name (repeated), address and other required information. A sample electronic signature block for counsel appears below:

s/ Jane S. Doe
Jane S. Doe
Counsel for Plaintiff
Smith and Jones, LLP
12 Brown St.
Washington, DC 20006
Tel. 202-555-5555
Fax. 202-555-1111

Training in electronic case filings may be obtained by contacting ECF User Assistance at 866-784-6273 (toll free). The parties shall comply with court rules in future filings.

Despite the deficiency in plaintiff's document, plaintiff's response is accepted as filed.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge