# In the United States Court of Federal Claims

No. 03-1627 C

(E-Filed: February 17, 2004)

| | | |
|---|---|---|
| AMERICAN TELECOM CORPORATION, Plaintiff, | ) | Motion for Partial Dismissal; RCFC 12(b)(1); the Election Doctrine, 41 U.S.C. §§ 605, 609 (2000); the Fulford Doctrine; defense against the assessment of reprocurement costs |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

Robert J. Symon, Washington, DC, for plaintiff.

James M. Meister, with whom were Peter D. Keisler, Assistant Attorney General, David M. Cohen, Director, and Robert E. Kirschman, Jr., Assistant Director, Department of Justice, Civil Division, Commercial Litigation Branch, Washington DC, for defendant. Hugo Teufel and Jeanne A. Anderson, Office of the Solicitor, Department of the Interior, of counsel.

OPINION AND ORDER

HEWITT, Judge

This action arises under section 609 of the Contract Disputes Act of 1978 (CDA), 41 U.S.C. §§ 601-613 (2000). Before the court is Defendant's Motion for Partial Dismissal (Def.'s Mot.) and the responsive briefing thereto.[1] Defendant seeks the partial

[1]The responsive briefing includes: American Telecom Corporation's Memorandum in Support of Its Opposition to Defendant's Motion for Partial Dismissal (Pl.'s Opp.); Defendant's Reply Brief in Support of Its Motion for Partial Dismissal (Def.'s Reply); and Plaintiff's Surreply in Support of Its Opposition to Defendant's Motion for Partial Dismissal (Pl.'s Surreply).