# In the United States Court of Federal Claims

No. 03-1627 C

(E-Filed: February 18, 2004)

AMERICAN TELECOM CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Due to an electronic filing error, the court's order of February 17, 2004 is hereby VACATED. The opinion will be REPLACED with an identical opinion correctly filed on February 18, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge