IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN TELECOM CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1627C |
| | ) | ( Judge Hewitt ) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time, to and including April 16, 2004, within which to file its response to plaintiff American Telecom Corporation's original complaint and to respond to plaintiff's forthcoming amended complaint. Pursuant to the Court's February 18, 2004 Order, our response to plaintiff's original complaint is due on March 16, 2004. The plaintiff, through counsel, has been contacted by telephone regarding this request and does not oppose.

The unopposed enlargement is requested because plaintiff has informed defendant that it intends to file an amended complaint. Plaintiff anticipates filing its amended complaint on or about March 24, 2004. Once plaintiff files its amended complaint, defendant's only obligation under the Rules will be to respond to the superceding amended complaint. Defendant's response to the forthcoming amended complaint, if filed on March 24, 2004, would be initially due on April 7, 2004. Because plaintiff will be filing an amended complaint, defendant requests an enlargement of time to answer plaintiff's original complaint or to respond to plaintiff's amended

complaint, up to and including April 16, 2004. Defendant requests this enlargement for purposes of judicial economy and efficiency and to avoid the unnecessary time and expense of preparing an answer to plaintiff's original complaint.[1]

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/James M. Meister
JAMES M. MEISTER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 305-3079

OF COUNSEL:

HUGO TEUFEL, ESQ.
Associate Solicitor
Branch of Acquisitions and Intellectual Property
Department of the Interior

Date: March 15, 2004

---

[1] At present, defendant has not seen any draft of plaintiff's forthcoming amended complaint. While defendant anticipates being able to file a responsive pleading to that amended complaint by April 16, 2004, defendant reserves the right to seek a further enlargement of time, should defendant need additional time to investigate any new claims asserted in plaintiff's amended complaint.

CERTIFICATE OF FILING

I hereby certify that on this 15th day of March, 2004, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/James M. Meister