# In the United States Court of Federal Claims

No. 03-1627 C

(E-Filed: March 18, 2004)

AMERICAN TELECOM CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Defendant's Unopposed Motion for Enlargement of Time. For the reasons stated therein, defendant's motion is granted. Defendant's response to plaintiff's complaint shall be filed on or before April 16, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge