**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMERICAN TELECOM CORPORATION<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | Civil Action No. 03-1627 C<br>Judge Emily C. Hewitt |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL**

COMES NOW Plaintiff American Telecom Corporation, on agreement with counsel for the Defendant, and hereby moves for a twenty-five day enlargement of time, up to and including June 11, 2004, to respond to Defendant's Motion for Partial Dismissal. Pursuant to Defendant's Motion for Partial Dismissal ("Defendant's Motion"), Plaintiff's opposition is due May 17, 2004. However, the parties are currently exploring settlement discussions and Plaintiff requests additional time to respond to Defendant's Motion. This is Plaintiff's first request for enlargement of time to respond to Defendant's Motion. Defendant's counsel has authorized undersigned counsel to represent to the Court that Defendant consents to the relief sought in this motion, as set forth in the attached proposed order.

WHEREFORE, Plaintiff American Telecom Corporation hereby moves, on agreement with counsel for Defendant, for an extension of time, up to and including June 11, 2004, to respond to Defendant's Motion for Partial Dismissal.

Respectfully submitted,

s/Robert J. Symon

ROBERT J. SYMON
Spriggs & Hollingsworth
1350 I Street, NW, Ninth Floor
Washington, D.C. 20005
(202) 898-5800

Counsel of Record for Plaintiff
AMERICAN TELECOM CORPORATION

May 12, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of May 2004, I served a true copy of the foregoing PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, upon the party by facsimile and electronic filing, addressed to:

James Meister, Esq.
Commerical Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attn: Classification Unit
8th Floor, 1100 L Street, N.W. 20530

s/Robert J. Symon
Robert J. Symon