**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN TELECOM CORPORATION<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | Civil Action No. 03-1627 C<br>Judge Emily C. Hewitt |

**ORDER**

THIS MATTER CAME BEFORE THE COURT upon Plaintiff's Consent Motion for Enlargement of Time to File An Opposition to Defendant's Motion for Partial Dismissal in the above-captioned case.

UPON CONSIDERATION of the merits of said motion and Defendant's consent thereto; it is hereby

ADJUDGED, ORDERED and DECREED that Plaintiff's Consent Motion for Enlargement of Time to File An Opposition to Defendant's Motion for Partial Dismissal is GRANTED; and

IT IS FURTHER ORDERED that Plaintiff American Telecom Corporation shall have up to and including June 11, 2004 to file an opposition to Defendant's Motion for Partial Dismissal.

The Honorable Emily C. Hewitt