# In the United States Court of Federal Claims

No. 03-1627 C

(E-Filed: May 13, 2004)

| | |
|---|---|
| AMERICAN TELECOM CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it Plaintiff's Consent Motion for Enlargement of Time to File an Opposition to Defendant's Motion for Partial Dismissal. For the reasons stated therein, plaintiff's motion is granted. Plaintiff's opposition to Defendant's Motion for Partial Dismissal shall be filed on or before June 11, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge