**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMERICAN TELECOM CORPORATION<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | Civil Action No. 03-1627 C<br>Judge Emily C. Hewitt |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE A JOINT PRELIMINARY STATUS REPORT AND OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL**

COMES NOW Plaintiff American Telecom Corporation and Defendant The United States (collectively hereinafter "Parties"), by and through undersigned counsel, and hereby move the Court, for additional time, up to and including thirty (30) days to file a Joint Preliminary Status Report and twenty-one (21) days to file Plaintiff's Opposition to Defendant's Motion for Partial Dismissal pursuant to the Rules of this Court, on the following grounds:

1. The Parties' Joint Preliminary Status Report is due on June 7, 2004 in the above-captioned case.

2. Plaintiff's Opposition to Defendant's Motion for Partial Dismissal is due on June 11, 2004.

3. This is the Parties first request for enlargement of time to file a Joint Preliminary Status Report and Plaintiff's second request for enlargement of time to file its Opposition to Defendant's Motion for Partial Dismissal.

4. Pursuant to the Parties' continued settlement negotiations, the Parties request a thirty (30) day enlargement of time to file a Joint Preliminary Status Report and a twenty-one (21) day enlargement of time to file Plaintiff's Opposition to Defendant's Motion for Partial Dismissal.

WHEREFORE, Plaintiff American Telecom Corporation and Defendant The United States respectfully request a thirty (30) day enlargement of time to file a Joint Preliminary Status Report in the above-captioned case, up to and including July 7, 2004, and a twenty-one (21) day enlargement of time to file Plaintiff's Opposition to Defendant's Motion for Partial Dismissal, up to and including July 2, 2004.

Date: June ___, 2004

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 514-7300
Fax: (202) 307-0972
*Counsel for Defendant*

OF COUNSEL:
HUGO TEUFEL, ESQ.
Associate Solicitor
Office of the Solicitor
Department of the Interior

JEANNE A. ANDERSON, ESQ.
Attorney Advisor
Office of the Solicitor
Department of the Interior

s/Robert J. Symon
ROBERT J. SYMON
Spriggs & Hollingsworth
1350 I Street, NW
Suite 900
Washington, DC 20005
*Counsel for Plaintiff*