**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN TELECOM CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Civil Action No. 03-1627 C<br>Judge Emily C. Hewitt |

**ORDER**

THIS MATTER CAME BEFORE THE COURT upon Plaintiff American Telecom Corporation and Defendant The United States' Joint Motion for Enlargement of Time to File a Joint Preliminary Status Report and Opposition to Defendant's Motion for Partial Dismissal in the above-captioned case.

UPON CONSIDERATION of the merits of said motion and the signatures of the parties' counsel affixed thereto; it is hereby

ADJUDGED, ORDERED and DECREED that Plaintiff American Telecom Corporation and Defendant The United States' Joint Motion for Enlargement of Time to File a Joint Preliminary Status Report and Opposition to Defendant's Motion for Partial Dismissal is GRANTED; and

IT IS FURTHER ORDERED that Plaintiff American Telecom Corporation and Defendant The United States shall have up to and including July 7, 2004 to file the Joint Preliminary Status Report and Plaintiff American Telecom Corporation shall have up to July 2, 2004 to file its Opposition to Defendant's Motion for Partial Dismissal.

ENTERED THIS _______ day of _______________ 2004.

_______________________________________

Emily C. Hewitt
Judge, United States Court of Federal Claims