# In the United States Court of Federal Claims

No. 03-1627 C

(E-Filed: June 8, 2004)

AMERICAN TELECOM CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court has before it the parties' Joint Motion for Enlargement of Time to File a Joint Preliminary Status Report and Opposition to Defendant's Motion for Partial Dismissal. For the reasons stated therein, the parties' joint motion is granted. The parties' joint preliminary status report shall be filed on or before Wednesday, July 7, 2004, and plaintiff's opposition to Defendant's Motion for Partial Dismissal shall be filed on or before Friday, July 2, 2004.

IT IS SO ORDERED.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge
for EMILY C. HEWITT
Judge