**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMERICAN TELECOM CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Civil Action No. 03-1627 C<br>Judge Emily C. Hewitt |

**ORDER**

THIS MATTER CAME BEFORE THE COURT upon Defendant's Motion for Partial Dismissal in the above-captioned case.

UPON CONSIDERATION of the merits of said motion and Plaintiff's opposition thereto; it is hereby

ADJUDGED, ORDERED and DECREED that Defendant's Motion for Partial Dismissal is DENIED.

IT IS SO ORDERED.

______________________________
Judge Emily C. Hewitt