IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN TELECOM CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1627C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 14-day enlargement of time, to and including July 30, 2004, within which to file its reply to plaintiff's response to our motion to dismiss. Our reply is currently due on July 16, 2004. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by telephone regarding this request and does not oppose.

The enlargement is requested because counsel for defendant is awaiting comments from the agency, the Department of the Interior, concerning plaintiff's response. Once comments from the agency are received, they will then be incorporated into a draft brief, that will then undergo the review process within the Department of Justice.[1]

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

---

[1] We will attempt to file our motion earlier than the requested date of July 30, 2004.

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

Counsel for Defendant

OF COUNSEL:
ALTON E. WOODS
Deputy Associate Solicitor
Office of the Solicitor
Department of the Interior

JEANNE A. ANDERSON
Attorney Advisor
Office of the Solicitor
Department of the Interior

July 16, 2004

CERTIFICATE OF FILING

I hereby certify that on this 16th day of July, 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle