# In the United States Court of Federal Claims

No. 03-1627 C

(E-Filed: July 20, 2004)

| | |
|---|---|
| AMERICAN TELECOM CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

## ORDER

The court has before it Defendant's Unopposed Motion for Enlargement of Time (defendant's motion) to file a reply to Plaintiff's Opposition to Defendant's Motion for Partial Dismissal. For the reasons stated therein, defendant's motion is granted. Defendant's reply shall be filed on or before Friday, July 30, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge