# In the United States Court of Federal Claims

No. 03-1627 C

(E-Filed: July 21, 2004)

AMERICAN TELECOM CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has scheduled an on-the-record telephonic status conference to discuss further proceedings in this case. The conference call will take place at 10:00 AM, Wednesday, August 4, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge