# In the United States Court of Federal Claims

No. 03-1627 C

(E-Filed: July 28, 2004)

AMERICAN TELECOM CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court has rescheduled the on-the-record telephonic status conference that was previously scheduled for August 4, 2004. The conference call will now take place at 10:00 AM EDT, Friday, August 6, 2004. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge