IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN TELECOM CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1627C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**APPENDIX OF EXHIBITS TO DEFENDANT'S REPLY**
**BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL DISMISSAL**

Exhibit Page

Government's Answer to Amended Complaint of American Telecom Corp., filed April 16, 2004 . . . . . . . . 039

Contract No. 1435-01-99-RC-30982 . . . . . . . . 049