# In the United States Court of Federal Claims

No. 03-1627 C

(E-Filed: August 6, 2004)

AMERICAN TELECOM CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

SCHEDULING ORDER

The court has before it Defendant's Motion for Partial Dismissal (defendant's motion), which was filed on April 16, 2004 and fully briefed on July 29, 2004. Pursuant to a telephonic status conference held today, the court schedules oral argument on defendant's motion for 9:00 a.m., Wednesday, September 15, 2004, at the United States Court of Federal Claims, 717 Madison Place, N.W., Washington, DC. The court expects to decide defendant's motion before the end of October.

Fact discovery shall continue until November 1, 2004, as proposed in the parties' Joint Preliminary Status Report filed on July 6, 2004. The parties shall, immediately thereafter, contact the court to schedule a status conference for the purpose of establishing a schedule for pretrial proceedings and trial.

IT IS SO ORDERED.

s/Emily C. Hewitt
EMILY C. HEWITT
Judge