# In the United States Court of Federal Claims

No. 03-1627 C

(E-Filed: September 29, 2004)

AMERICAN TELECOM CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the telephonic status conference held Wednesday, September 29, 2004, the parties shall file with the court on or before Friday, October 8, 2004:

(1) a stipulation of dismissal; or

(2) a joint status report that either states the time within which a stipulation of dismissal shall be filed, or recommends such further proceedings as the parties deem necessary.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge