IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN TELECOM CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1627C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order dated September 29, 2004, the United States, on behalf of both parties, and with the concurrence of plaintiff, American Telecom Corporation (ATC), submits the following joint status report.

The parties have reached a tentative agreement to resolve this matter without further litigation. The parties are now in the process of memorializing this agreement, and once this is accomplished, Government Counsel will submit the settlement proposal to the authorized representative within the Department of Justice for approval. The parties believe this entire process will take no more than 30 days, and absent any unexpected issues that may arise during the review process, we expect to file a stipulation of dismissal by November 10, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert J. Symon
ROBERT J. SYMON
Spriggs & Hollingsworth
1350 I Street, NW
Suite 900
Washington, DC 20005

Counsel for Plaintiff

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 353-7961
Fax: (202) 307-0972

OF COUNSEL:
ALTON E. WOODS
Deputy Associate Solicitor
Office of the Solicitor
Department of the Interior

JEANNE A. ANDERSON
Attorney Advisor
Office of the Solicitor
Department of the Interior

October 8, 2004

Counsel for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of October, 2004, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle