# In the United States Court of Federal Claims

No. 03-1627 C

(E-Filed: October 13, 2004)

AMERICAN TELECOM CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is a Joint Status Report, dated October 8, 2004, which states that the parties have reached a tentative agreement to resolve this matter without further litigation, and expresses the parties' belief that the process of memorializing and approving this agreement should take no longer than 30 days. Accordingly, the parties shall file with the court on or before Wednesday, November 10, 2004:

(1) a stipulation of dismissal; or

(2) a joint status report that both describes the status of the case and recommends such further proceedings as the parties deem necessary.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge