IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN TELECOM CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1627C (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

# JOINT STATUS REPORT

Pursuant to the Court's Order dated October 13, 2004, the United States, on behalf of both parties, and with the concurrence of plaintiff, American Telecom Corporation ("ATC"), submits the following joint status report.[1]

As we noted in a previous status report, the parties have reached a tentative agreement to resolve this matter without further litigation. We also explained that the parties were in the process of memorializing this agreement, and once this was accomplished, Government counsel would submit the settlement proposal to the authorized representative within the Department of Justice for approval. The parties informed the Court that, absent any unexpected issues that may arise during the review process, we expected to be able to file a stipulation of dismissal by November 10, 2004.

At this time, the defendant is in receipt of a proposal from ATC, and it is currently being forwarded to the authorized approval authority. We respectfully request that the Court grant a

---

[1] In this order, based upon the representations of the parties in their October 13, 2004 status report, the Court instructed the parties to file by November 10, 2004 either a stipulation for dismissal, or a joint status report describing the status of the case and recommending further proceedings as the parties deem necessary.

30-day enlargement of time to December 10, 2004 so this proposal can be appropriately reviewed and considered by the authorized approval authority within the Department of Justice.

For the foregoing reasons, we respectfully request that the Court stay the case until December 10, 2004.[2]

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 353-7961
Fax: (202) 307-0972

s/Robert J. Symon
ROBERT J. SYMON
Spriggs & Hollingsworth
1350 I Street, NW
Suite 900
Washington, DC 20005

Counsel for Plaintiff

[2] The Government will notify counsel for ATC as soon as the authorized approval authority makes a decision regarding ATC's proposal, so if approved, the parties can file a stipulation of dismissal pursuant to Rule 41 of the Rules for the Court of Federal Claims.

OF COUNSEL:
ALTON E. WOODS
Deputy Associate Solicitor
Office of the Solicitor
Department of the Interior

JEANNE A. ANDERSON
Attorney Advisor
Office of the Solicitor
Department of the Interior

November 10, 2004

Counsel for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 10h day of November, 2004, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle