# In the United States Court of Federal Claims

No. 03-1627 C

(E-Filed: November 12, 2004)

AMERICAN TELECOM CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

Before the court is a Joint Status Report, dated November 10, 2004, which states that (1) the parties have tentatively agreed to resolve this matter without further litigation; (2) plaintiff has provided defendant with a settlement proposal, which is being forwarded to defendant's authorized approval authority; and (2) defendant's process of reviewing and considering this proposal should take no longer than 30 days.

Accordingly, the parties shall file with the court on or before Friday, December 10, 2004, a stipulation of dismissal or a joint status report that both describes the status of the case and recommends such further proceedings as the parties deem necessary.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge