**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AMERICAN TELECOM CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1627C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, American Telecom Corporation, joins the United States, and pursuant to Rule 41(a)(1)(ii) of the Rules of the Court of Federal Claims, the parties stipulate that the Court dismiss with prejudice the complaint and counterclaim, with all parties bearing their own costs, expenses, and attorneys fees.

Respectfully submitted,

s/Robert J. Symon
ROBERT J. SYMON
Spriggs & Hollingsworth
1350 I Street NW
9th Floor
Washington DC 20005
Tel: (202) 898-5800

Authorized Representative of
American Telecom Corporation

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/Douglas K. Mickle
DOUGLAS K. MICKLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel: (202) 353-7961
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

ALTON E. WOODS
Assistant Solicitor
Division of General Law
Office of the Solicitor
Department of the Interior

JEANNE A. ANDERSON
Attorney Advisor
Office of the Solicitor
Department of the Interior

December 8, 2004

CERTIFICATE OF FILING

I hereby certify that on this 10th day of December, 2004, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas K. Mickle